AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jonathan E. Coxe<br>*Plaintiff*<br>v.<br><br>Government Personnel Mutual Life Ins Co., Jason Lowe, Insure4Life, Inc., and Alliance Group, LLC<br><br>*Defendants* | Civil Action No.    3:23-cv-00389-JDA |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs

■ The plaintiff, Jonathan E. Coxe, shall take nothing of the defendants,, Jason Lowe, Insure4Life, Inc., and Alliance Group, LLC claims and this action is dismissed as to those defendants.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Sherri A. Lydon, United States District Judge, presiding. The Court having granted the defendants' motions to dismiss.

Date:   December 5, 2024                                                                 *ROBIN L. BLUME, CLERK OF COURT*

                                                                                         s/ A. Snipes
                                                                              _____
                                                                                  *Signature of Clerk or Deputy Clerk*